**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


SAMMIE BROWN                                                                    PLAINTIFF


V.                                      NO. 3:06CV00014 JTR


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                         DEFENDANT



**<u>JUDGMENT</u>**

     Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing

this case, with prejudice.  The relief sought is DENIED.

     IT IS SO ADJUDGED this 7th day of March, 2007.




_____
UNITED STATES MAGISTRATE JUDGE